# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136235(86)

PEOPLE OF THE CITY OF ROSEVILLE,
      Plaintiff-Appellant,

v

                                      SC: 136235
                                      COA: 271764
                                      Macomb CC: 2005-000694-AR
                                      39th District Court: 04-242199

EDWARD STROSS,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, C.J., would grant reconsideration and, on reconsideration, would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

d0120

_____
Clerk